IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 611-23 |
| | * | |
| MANUEL HRNEITH | * | |

# ORDER

Presently before the Court is Defendant Manuel Hrneith's motion for a free copy of the docket sheet, the plea agreement, the judgment and commitment order, and the transcript of his sentencing hearing for the above-captioned case.

Hrneith may not obtain a free transcript unless he shows that the transcript is necessary to decide an issue presented by suit or appeal. See 28 U.S.C. § 753(f); see also Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992); Walker v. United States, 424 F.2d 278, 278-79 (5th Cir. 1970)(stating that "[a] federal prisoner is not entitled to obtain copies of court records at Government expense for the purpose of searching the record for possible error"). Here, Hrneith does not have an appeal or post-conviction collateral attack pending, nor has he provided a specific reason for seeking the documents. Accordingly, Hrneith's request for free copies of

the docket sheet, the plea agreement, and the transcript of his sentencing hearing is hereby **DENIED**.[1] Nevertheless, as a courtesy, the Clerk is **DIRECTED** to send a copy of the judgment and commitment order (doc. no. 30) to Hrneith with the service copy of this Order.

**ORDER ENTERED** at Augusta, Georgia, this \_\_6th\_\_ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to 28 U.S.C. § 753(b), upon request of any party to a proceeding, a court reporter must transcribe a recorded proceeding if the party makes appropriate provisions to pay the fee therefor.

2